No. 23-2788

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NORTHWESTERN ILLINOIS AREA AGENCY ON AGING, | ) ) ) | On Appeal from the United States District Court for the Northern District of Illinois – Western |
| Plaintiff-Appellant, | ) ) | Division |
| v. | ) ) | No. 3:22-cv-50070 |
| PAULA BASTA, | ) ) | The Honorable PHILIP G. REINHARD, |
| Defendant-Appellee. | ) | Judge Presiding. |

## DEFENDANT-APPELLEE'S MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

Defendant-Appellee Paula Basta, moves this court for a 14-day extension of time, from March 27, 2024, to April 10, 2024, to file her response brief in this appeal, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:  /s/ Kaitlyn N. Chenevert
KAITLYN N. CHENEVERT
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2127 (office)
(773) 590-6946 (cell)
Kaitlyn.Chenevert@ilag.gov

# DECLARATION

I, Kaitlyn N. Chenevert, state the following:

1.      I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2.      I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent Defendant-Appellee Paula Basta, before this court in the appeal docketed as No. 23-2788.

3.      The response brief of Defendant-Appellee is due to be filed with this court by March 27, 2024, on three extensions of time. Defendant-Appellee's first motion for extension of time was filed on December 18, 2023, 7th Cir. Doc. 11, and this court granted the motion that same day, 7th Cir. Doc. 12. Defendant-Appellee's second motion for extension of time was filed on January 19, 2024, 7th Cir. Doc. 14, and was granted on January 22, 2024, 7th Cir. Doc. 15. Defendant-Appellee's third motion for extension of time was filed on February 20, 2024, 7th Cir. Doc. 16, and was granted on February 23, 2024, 7th Cir. Doc. 17.

4.      Pursuant to 7th Cir. R. 26, this motion was due on March 20, 2024. I did not file this motion on that date because, at the time, it was my assessment that I would be able to complete the drafting, review, and editing process by the current due date.

5. I have made significant progress this brief, but I am requesting a short, 14-day extension of time, to file Defendant-Appellee's response brief for the following reasons.

6. First, my ability to work on this brief this week was delayed due to a personal family matter.

7. Second, I represent Defendant-Appellee Brendan Kelly, in his official capacity as Director of the Illinois State Police in *Guns Save Life, Inc. v. Kelly* (Illinois Appellate Court, Fourth Judicial District, No. 4-23-0662). This appeal concerns whether the circuit court correctly granted Defendant-Appellee's motion for summary judgment on plaintiff's claim that the Firearm Owners Identification Card Act, 430 ILCS 65/1 *et seq.* (2022), violates the Second Amendment of the United States Constitution and Article 1, Section 22 of the Illinois Constitution. I am responsible for drafting Defendant-Appellee's response brief, which is currently due on March 23, 2024. I had to give this case priority in work schedule because it is due on a final extension of time.

8. Third, I have performed various supervisory and administrative duties in my role as a Supervising Attorney in the Civil Appeals Division, including:

    a. reviewing draft briefs in: *House v. Jeffreys* (Illinois Appellate Court, Fifth Judicial District, No. 5-23-0081); *Makiel v. Illinois State Police* (Illinois Appellate Court, First Judicial District, No. 1-23-1093); and *Watson v. Mershon* (Illinois Appellate Court, Fourth Judicial District, No. 4-23-0642);

    b. assisting an attorney prepare for oral argument in *Jackson v. Anastacio* (United States Court of Appeals for the Seventh Circuit, No. 23-1703); and

   c. assessing the viability of potential appeals.

  9.  On March 22, 2024, I gave notice to counsel for Plaintiff-Appellant by providing a copy of this motion before it was filed with this court. Plaintiff-Appellant's counsel indicated that they object to this motion.

  10.  I do not request this 14-day extension of time from March 27, 2024, to April 10, 2024, to file Defendant-Appellee's response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my client, and provide this court with a thorough brief in this case.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

  Executed on March 22, 2024.

/s/ Kaitlyn N. Chenevert
KAITLYN N. CHENEVERT
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2127 (office)
(773) 590-6946 (cell)
Kaitlyn.Chenevert@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on March 22, 2024, I electronically filed the foregoing Motion for Extension of Time with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Joel Huotari

Patricia Hall

/s/ Kaitlyn N. Chenevert
KAITLYN N. CHENEVERT
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2127 (office)
(773) 590-6946 (cell)
Kaitlyn.Chenevert@ilag.gov